U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021271300009101 GP Group 3

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021271300009101 | | 2. Incident No. 2021SA0023154 | | |
|---|---|---|---|---|
| 3. Investigative Case No. | | 4. EID Event Number | | |
| 5. Prior Detention? Yes    No    If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 07/15/2021 | 7. Time Seized (Use 24 Hrs) 08:00 | 8. FDIN/Misc. |
| 9. Seized From: Name:        Stella, Robert Address:     17909 Maplehurst Place Canyon Country, CA, 91387, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: ... | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD,, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0001 | C02XG27YJG5M Macbook Pro Laptop | 1 | BG | 1 | EA | $    0 |
| 0002 | C1MMXHSPDTY3 Macbook Pro Laptop | 1 | BG | 1 | EA | $    0 |
| 0003 | C02GJAAJDV7M Macbook Pro Laptop | 1 | BG | 1 | EA | $    0 |
| 0004 | iPhone | 1 | BG | 1 | EA | $    0 |
| 0005 | iWatch | 1 | BG | 1 | EA | $    0 |
| 0006 | WX41E34D3202 WD My Passport | 1 | BG | 1 | EA | $    0 |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Scott, Victoria | X  | | 07/15/2021 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☑ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

# DEPARTMENT OF HOMELAND SECURITY

No. 2021271300009101 GP Group 3

## CUSTODY RECEIPT FOR
## DETAINED OR SEIZED PROPERTY

Continuation Sheet

Handbook 5200-09

1. Page 2 of 2

2. DHS Form 6051S or D No.

| 3. FPF Number: 2021271300009101 | 4. Investigative Case No. or IA File Number: |
|---|---|

### 5. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance — FOR DETENTIONS ONLY

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value | f. Samples sent to DHS Lab | Date |
|---|---|---|---|---|---|---|---|---|
| 0007 | USB Camera Black | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0008 | SanDisk with MicroSD | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0009 | iPhone | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0010 | My Passport Slim | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0011 | Hidden Camera in Smoke Detector | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0012 | WiFI Clock IP Camera | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0013 | C02L4PS1FSN7 Macbook Air - Daughter's Laptop | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0014 | Simpletech 750GB (Secret) Drive | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0016 | HP 16GB (Thumbdrive) | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| 0017 | CD | 1 | BG | 1 | EA | $ 0 | Yes ☐ No ☐ | / / |
| | | | | | | $ | Yes ☐ No ☐ | / / |

### 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 013+017 | SEE 5B | Rachel Stella |  | 7-16-21 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Retains Original

DHS Form 6051A(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021271300009101 GP Group 2

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021271300009101 | | 2. Incident No. 2021SA0023154 | | | |
|---|---|---|---|---|---|
| 3. Investigative Case No. | | 4. EID Event Number | | | |
| 5. Prior Detention? Yes    No    If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 07/15/2021 | 7. Time Seized (Use 24 Hrs) 08:00 | | 8. FDIN/Misc. |
| 9. Seized From: Name:        Stella, Robert Address:     17909 Maplehurst Place             Canyon Country, CA, 91387, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | | 12. Remarks: | | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD,, LONG BEACH, CA, 90802, TEL. No. 5623665400

| 14. **PROPERTY** (By Line Item) Attach CBP 58 if conveyance | | | | | | |
|---|---|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Packages | | d. Measurements | | e. Est. Dom. Value |
| | | Number | Type | Qty | UM | |
| 0015 | USB Clothes Hook Camera Box | 1 | BG | 1 | EA | $        0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Scott, Victoria | X | Victoria Scott | 07/15/2021 |
| Print Name | | Signature | Date |

| 16. ACCEPTANCE / CHAIN OF CUSTODY | | | | |
|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021271300009101 GP Group 1

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021271300009101 | | 2. Incident No. 2021SA0023154 | | | |
|---|---|---|---|---|---|
| 3. Investigative Case No. | | 4. EID Event Number | | | |
| 5. Prior Detention? Yes ☐ No ☑ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 07/15/2021 | 7. Time Seized (Use 24 Hrs) 08:00 | | 8. FDIN/Misc. |
| 9. Seized From: Name: Stella, Robert Address: 17909 Maplehurst Place Canyon Country, CA, 91387, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | | 12. Remarks: | | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD,, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0018 | 310-12060 Ruger P89DC 9mm | 1 | BG | 1 | EA | $  100 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Scott, Victoria | X  | | 07/15/2021 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)