TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7162
     Facsimile: (213) 894-0141
     Email:     catharine.richmond@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF DIGITAL DEVICES | No. 2:21-MJ-03211 <br><br> GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES; DECLARATION OF CATHARINE A. RICHMOND |
|---|---|

The United States of America, by and through its counsel of record, Assistant United States Attorney Catharine Richmond, hereby applies for an order extending by 120 days the time within which the government may retain and search the following digital device seized pursuant to a federal search warrant.

//

//

//

//

This application is based on the attached declaration of AUSA Catharine Richmond and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: December 3, 2021        Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

   */s/ Catharine Richmond*
CATHARINE A. RICHMOND
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF CATHARINE A. RICHMOND**

I, AUSA Catharine Richmond, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the following digital devices seized pursuant to the warrant described below (the "SUBJECT DIGITAL DEVICE"):

   a. One (1) SimpleTech external hard drive (750G) with Bar Code number, 07135370750200037 and Bill of Materials number, 96300-41001-014.

3. On July 8, 2020, Special Agent Victoria Scott of Homeland Security Investigations obtained a federal search warrant issued by the Honorable Maria A. Audero, United States Magistrate Judge, authorizing the search of 17808 Maplehurst Place, Canyon Country, California, 91387 (the "SUBJECT PREMISES"). The warrant, which is incorporated herein by reference, authorized the seizure of digital devices from the SUBJECT PREMISES for a period of 120 days to allow the government to search such devices for evidence of violations of Title 18, United States Code, Section 2252A9a)(5)(B) (access with intent to view and possession of child pornography).

4. On July 15, 2021, federal agents executed the warrant and seized 18 items to include the SUBJECT DIGITAL DEVICE. Upon examination by HSI SAs, the SUBJECT DIGITAL DEVICE was found to have a red sticker indicating it is U.S. Government Property and that the

media there in, was classified SECRET. It was known that STELLA was previously employed by the U.S. Navy.

5.  On August 30, 2021, the SUBJECT DIGITAL DEVICE was transferred to Naval Criminal Investigative Service (NCIS) SA Joseph Fallon of the NCIS South West Los Angeles (SWLA) Office.

6.  This is the first request for an extension.  The current deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICE is November 5, 2021.  The government has stopped all searching of the device seized from the SUBJECT PREMISES. The original search warrant was sworn out by the lead investigator on the case, Agent Scott, and I did not realize the search period was expiring, hence my tardiness on the request to extend the search period.

7.  Based on information provided to me by agents assigned to this matter, I understand that there was an extensive amount of data on the SUBJECT DIGITAL DEVICE.  There were also additional digital devices seized from the SUBJECT PREMISES.  A total of seven digital devices were seized collectively from this investigation. At this time, all but one (1) of the SUBJECT DIGITAL DEVICES have been reviewed.

8.  For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL DEVICE:

   a.  The forensic review of digital devices is time consuming.  Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer.  Specialized computer software is therefore needed to ensure that evidence remains in a

pristine and usable condition, and is not affected by the review process.  The review also must be conducted by agents who have received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion.  This process takes substantial time.

   b. Further analysis and forensic tools are required to associate content(s) from the SUBJECT DIGITAL DEVICES to other digital devices and platforms seized in this investigation.

   c. The HSI SAs assigned to this investigation have completed review of all but one (1) of the digital devices.  A NCIS Digital Forensic Examiner (DFE) is in possession of the remaining device and will use additional forensic tools to complete the analysis.

   d. Due to the secret classification markings on the SUBJECT DIGITAL DEVICE, it is required by NCIS to use Secret Internet Protocol Router Network (SIPR) to document the case and to do the request for Digital Forensic assistance. The SIPR system at the NCIS SWLA Office has been functioning intermittently, thereby delaying the submission for Digital Forensic assistance. The request for assistance has been submitted and the (DFE) is in possession of the SUBJECT DIGITAL DEVICE.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 3, 2021

          */s/ Catharine Richmond*
          _____
          CATHARINE A. RICHMOND