TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7162
    Fax:      (213) 894-0141
    E-mail:   catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF DIGITAL DEVICES | CR 2:21-MJ-03211<br><br>[PROPOSED] ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES<br><br>[**UNDER SEAL**] |

    For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond time period previously authorized), the following digital devices:

    a.   One (1) SimpleTech external hard drive (750G) with Bar Code number, 07135370750200037 and Bill of Materials number, 96300-41001-014

//

1
2       IT IS SO ORDERED.
3      _____          _____
4       DATE                              UNITED STATES MAGISTRATE JUDGE
5    Presented by:
6    */s/ Catharine Richmond*
     _____
7    CATHARINE A. RICHMOND
     Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28