1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   CATHARINE A. RICHMOND (Cal. Bar No. 301184)
4  Assistant United States Attorney
   Violent and Organized Crime Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7162
7       Fax:       (213) 894-0141
        E-mail:    catharine.richmond@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

              UNITED STATES DISTRICT COURT

           FOR THE CENTRAL DISTRICT OF CALIFORNIA

   IN THE MATTER OF THE SEARCH          CR 2:21-MJ-03211
   OF DIGITAL DEVICES
                                        [~~PROPOSED~~] ORDER ALLOWING
                                        EXTENSION OF TIME WITHIN WHICH TO
                                        RETAIN AND SEARCH DIGITAL DEVICES


                                        [**UNDER SEAL**]


        For good cause shown, IT IS HEREBY ORDERED that the government

   may retain and search, pursuant to the terms of the original warrant

   in this matter, for an additional 120 days (beyond time period

   previously authorized), the following digital devices:

        a.   One (1) SimpleTech external hard drive (750G) with Bar

   Code number, 07135370750200037 and Bill of Materials number, 96300-

   41001-014

   //

```
    IT IS SO ORDERED.
    12/6/2021
_____          _____
 DATE                                  UNITED STATES MAGISTRATE JUDGE
                                          Hon. Rozella A. Oliver

Presented by:

/s/ Catharine Richmond
_____
CATHARINE A. RICHMOND
Assistant United States Attorney
```